## JUDGE CONNER'S TRIAL TERM CALENDAR

| Trial List | Fact Discovery | Affirmative Expert Reports | Responsive Expert Reports | Supp'l Expert Reports | Dispositive Motions & Supporting Briefs | Motions in Limine & Supporting Briefs | Pretrial Memos, Voir Dire, & Points for Charge | Final Pretrial Conference | Jury Selection |
|---|---|---|---|---|---|---|---|---|---|
| **2022** | | | | | | | | | |
| January | 5/5/21 | 6/2/21 | 7/7/21 | 7/21/21 | 8/4/21 | 11/3/21 | 12/9/21 | 12/16/21 | 1/3/22 |
| February | 6/2/21 | 7/7/21 | 8/4/21 | 8/18/21 | 9/1/21 | 12/1/21 | 1/13/22 | 1/20/22 | 2/7/22 |
| March | 7/7/21 | 8/4/21 | 9/1/21 | 9/15/21 | 10/6/21 | 1/5/22 | 2/10/22 | 2/17/22 | 3/7/22 |
| April | 8/4/21 | 9/1/21 | 10/6/21 | 10/20/21 | 11/3/21 | 2/2/22 | 3/17/22 | 3/24/22 | 4/4/22 |
| May | 9/1/21 | 10/6/21 | 11/3/21 | 11/17/21 | 12/1/21 | 3/2/22 | 4/14/22 | 4/21/22 | 5/2/22 |
| June | 10/6/21 | 11/3/21 | 12/1/21 | 12/15/21 | 1/5/22 | 4/6/22 | 5/12/22 | 5/19/22 | 6/6/22 |
| July | 11/3/21 | 12/1/21 | 1/5/22 | 1/19/22 | 2/2/22 | 5/4/22 | 6/16/22 | 6/23/22 | 7/5/22 |
| August | 12/1/21 | 1/5/22 | 2/2/22 | 2/16/22 | 3/2/22 | 6/1/22 | 7/14/22 | 7/21/22 | 8/1/22 |
| September | 1/5/22 | 2/2/22 | 3/2/22 | 3/16/22 | 4/6/22 | 7/6/22 | 8/11/22 | 8/18/22 | 9/6/22 |
| October | 2/2/22 | 3/2/22 | 4/6/22 | 4/20/22 | 5/4/22 | 8/3/22 | 9/15/22 | 9/22/22 | 10/3/22 |
| November | 3/2/22 | 4/6/22 | 5/4/22 | 5/18/22 | 6/1/22 | 9/7/22 | 10/13/22 | 10/20/22 | 11/7/22 |
| December | 4/6/22 | 5/4/22 | 6/1/22 | 6/15/22 | 7/6/22 | 10/5/22 | 11/10/22 | 11/17/22 | 12/5/22 |
| | | | | | | | | | |
| **2023** | | | | | | | | | |
| January | 5/4/22 | 6/1/22 | 7/6/22 | 7/20/22 | 8/3/22 | 11/2/22 | 12/8/22 | 12/15/22 | 1/3/23 |
| February | 6/1/22 | 7/6/22 | 8/3/22 | 8/17/22 | 9/7/22 | 12/7/22 | 1/12/23 | 1/19/23 | 2/6/23 |
| March | 7/6/22 | 8/3/22 | 9/7/22 | 9/21/22 | 10/5/22 | 1/4/23 | 2/9/23 | 2/16/23 | 3/6/23 |
| April | 8/3/22 | 9/7/22 | 10/5/22 | 10/19/22 | 11/2/22 | 2/1/23 | 3/9/23 | 3/16/23 | 4/3/23 |
| May | 9/7/22 | 10/5/22 | 11/2/22 | 11/16/22 | 12/7/22 | 3/1/23 | 4/13/23 | 4/20/23 | 5/1/23 |
| June | 10/5/22 | 11/2/22 | 12/7/22 | 12/21/22 | 1/4/23 | 4/5/23 | 5/11/23 | 5/18/23 | 6/5/23 |
| July | 11/2/22 | 12/7/22 | 1/4/23 | 1/18/23 | 2/1/23 | 5/3/23 | 6/8/23 | 6/15/23 | 7/5/23 |
| August | 12/7/22 | 1/4/23 | 2/1/23 | 2/15/23 | 3/1/23 | 6/7/23 | 7/13/23 | 7/20/23 | 8/7/23 |
| September | 1/4/23 | 2/1/23 | 3/1/23 | 3/15/23 | 4/5/23 | 7/5/23 | 8/10/23 | 8/17/23 | 9/5/23 |
| October | 2/1/23 | 3/1/23 | 4/5/23 | 4/19/23 | 5/3/23 | 8/2/23 | 9/14/23 | 9/21/23 | 10/2/23 |
| November | 3/1/23 | 4/5/23 | 5/3/23 | 5/17/23 | 6/7/23 | 9/6/23 | 10/12/23 | 10/19/23 | 11/6/23 |
| December | 4/5/23 | 5/3/23 | 6/7/23 | 6/21/23 | 7/5/23 | 10/4/23 | 11/9/23 | 11/16/23 | 12/4/23 |

| 2024 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **January** | 5/3/23 | 6/7/23 | 7/5/23 | 7/19/23 | 8/2/23 | 11/1/23 | 12/7/23 | 12/14/23 | 1/2/24 |
| **February** | 6/7/23 | 7/5/23 | 8/2/23 | 8/16/23 | 9/6/23 | 12/6/23 | 1/11/24 | 1/18/24 | 2/5/24 |
| **March** | 7/5/23 | 8/2/23 | 9/6/23 | 9/20/23 | 10/4/23 | 1/3/24 | 2/8/24 | 2/15/24 | 3/4/24 |
| **April** | 8/2/23 | 9/6/23 | 10/4/23 | 10/18/23 | 11/1/23 | 2/7/24 | 3/7/24 | 3/14/24 | 4/1/24 |
| **May** | 9/6/23 | 10/4/23 | 11/1/23 | 11/15/23 | 12/6/23 | 3/6/24 | 4/11/24 | 4/18/24 | 5/6/24 |
| **June** | 10/4/23 | 11/1/23 | 12/6/23 | 12/20/23 | 1/3/24 | 4/3/24 | 5/9/24 | 5/16/24 | 6/3/24 |
| **July** | 11/1/23 | 12/6/23 | 1/3/24 | 1/17/24 | 2/7/24 | 5/1/24 | 6/6/24 | 6/13/24 | 7/1/24 |
| **August** | 12/6/23 | 1/3/24 | 2/7/24 | 2/21/24 | 3/6/24 | 6/5/24 | 7/11/24 | 7/18/24 | 8/5/24 |
| **September** | 1/3/24 | 2/7/24 | 3/6/24 | 3/20/24 | 4/3/24 | 7/3/24 | 8/8/24 | 8/15/24 | 9/3/24 |
| **October** | 2/7/24 | 3/6/24 | 4/3/24 | 4/17/24 | 5/1/24 | 8/7/24 | 9/12/24 | 9/19/24 | 10/7/24 |
| **November** | 3/6/24 | 4/3/24 | 5/1/24 | 5/15/24 | 6/5/24 | 9/4/24 | 10/10/24 | 10/17/24 | 11/4/24 |
| **December** | 4/3/24 | 5/1/24 | 6/5/24 | 6/20/24 | 7/3/24 | 10/2/24 | 11/7/24 | 11/14/24 | 12/2/24 |
| 2025 | | | | | | | | | |
| **January** | 5/1/24 | 6/5/24 | 7/3/24 | 7/17/24 | 8/7/24 | 11/6/24 | 12/12/24 | 12/19/24 | 1/6/25 |
| **February** | 6/5/24 | 7/3/24 | 8/7/24 | 8/21/24 | 9/4/24 | 12/4/24 | 1/9/25 | 1/16/25 | 2/3/25 |
| **March** | 7/3/24 | 8/7/24 | 9/4/24 | 9/18/24 | 10/2/24 | 1/2/25 | 2/6/25 | 2/13/25 | 3/3/25 |
| **April** | 8/7/24 | 9/4/24 | 10/2/24 | 10/16/24 | 11/6/24 | 2/5/25 | 3/13/25 | 3/20/25 | 4/7/25 |
| **May** | 9/4/24 | 10/2/24 | 11/6/24 | 11/20/24 | 12/4/24 | 3/5/25 | 4/10/25 | 4/17/25 | 5/5/25 |
| **June** | 10/2/24 | 11/6/24 | 12/4/24 | 12/18/24 | 1/2/25 | 4/2/25 | 5/8/25 | 5/15/25 | 6/2/25 |
| **July** | 11/6/24 | 12/4/24 | 1/2/25 | 1/16/25 | 2/5/25 | 5/7/25 | 6/13/25 | 6/20/25 | 7/1/25 |
| **August** | 12/4/24 | 1/2/25 | 2/5/25 | 2/19/25 | 3/5/25 | 6/4/25 | 7/10/25 | 7/17/25 | 8/4/25 |
| **September** | 1/2/25 | 2/5/25 | 3/5/25 | 3/19/25 | 4/2/25 | 7/2/25 | 8/7/25 | 8/14/25 | 9/2/25 |
| **October** | 2/5/25 | 3/5/25 | 4/2/25 | 4/16/25 | 5/7/25 | 8/6/25 | 9/11/25 | 9/18/25 | 10/6/25 |
| **November** | 3/5/25 | 4/2/25 | 5/7/25 | 5/21/25 | 6/4/25 | 9/3/25 | 10/9/25 | 10/16/25 | 11/3/25 |
| **December** | 4/2/25 | 5/7/25 | 6/4/25 | 6/18/25 | 7/2/25 | 10/1/25 | 11/6/25 | 11/13/25 | 12/1/25 |